CHARLOTTE GILLIGAN, PETITIONER-PETITIONER, v. INTERNATIONAL PAPER COMPANY, RESPONDENT-RESPONDENT.

*Mr. Louis Winer* for the petitioner.

*Messrs. Stryker, Tams & Horner* and *Mr. John J. Monigan, Jr.,* for the respondent.

May 28, 1956.   Granted.

NEW JERSEY HIGHWAY AUTHORITY, PLAINTIFF-PETITIONER, v. ARTHUR F. WOOD, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Mr. Walter Goldberg* and *Mr. Walter L. Smith, Jr.,* for the petitioner.

*Messrs. Heuser & Heuser* and *Mr. Sam Weiss* for the respondents.

See same case below: 39 *N. J. Super.* 575.

May 28, 1956.   Denied.